# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: GRECZEK, MONIKA J. | § | Case No. 05-60647 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/20/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/23/2010        By:  /s/BRADLEY J. WALLER
                                        Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: GRECZEK, MONIKA J. | § | Case No. 05-60647 |
|---|---|---|
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,416.12 |
| and approved disbursements of | $ | 7.62 |
| leaving a balance on hand of [1] | $ | 9,408.50 |

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                                N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 1,691.61 | $ 135.00 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                    *Allowed Amt. of Claim*   *Proposed Payment*

                                N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,938.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Lord & Taylor | $ 729.44 | $ 241.10 |
| 2 | Marshall Fields | $ 740.17 | $ 244.64 |
| 3 | SMC c/o Carson Pirie Scott - HSBC Bank Nevada NA | $ 1,134.38 | $ 374.94 |
| 4 | Card Processing Center | $ 1,620.01 | $ 535.45 |
| 5 | Recovery Management Systems Corp - Banana Republic | $ 817.08 | $ 270.07 |
| 6 | eCAST Settlement Corporation assignee - HSBC | $ 494.10 | $ 163.31 |
| 7 | American Express Travel Related Svcs Co Inc | $ 579.05 | $ 191.39 |
| 8 | Citibank (USA), NA | $ 489.67 | $ 161.85 |
| 9 | Household Finance Corporation | $ 3,705.02 | $ 1,224.60 |
|   | Southeastern Asset Recovery |   |   |

**UST Form 101-7-NFR (9/1/2009)**

| 10 | Services | $ 12,630.04 | $ 4,174.54 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*
                           N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*
                           N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7            Page 1 of 1           Date Rcvd: Nov 15, 2005
Case: 05-60647                Form ID: b9a           Total Served: 22

The following entities were served by first class mail on Nov 17, 2005.
db          +Monika J. Greczek,    16541 Tameling Drive,    Lockport, IL 60441-7423
aty         +Thomas W Lynch,    Thomas W Lynch & Associates PC,    9231 S Roberts Rd,
              Hickory Hills, IL 60457-3810
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
cr           Blue Moon Lofts Condominium Association,    c/o First Properties, LLC,    760 W. Ogden,   Suite 2200,
              Chicago, IL  60622
10363055    +AMEX,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
10363058    +Citi Cards,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
10363060    +Fidelity Bank,    PO Box 1007,    Wichita, KS 67201-1007
10363061     First Properties,    Chicago, IL 60622
10363062    +GEMB,    PO Bxo 981400,    El Paso, TX 79998-1400
10363063    +GMAC,    PO Box 217060,    Auburn Hills, MI 48321-7060
10363066     HSBC,    PO Box 3608,    Oak Brook, IL 60522-3608
10363064    +Household Bank,    PO Box 98706,    Las Vegas, NV 89193-8706
10363065    +Household Finance,    961 Weigel Ave,    Elmhurst, IL 60126-1050
10363067    +Infibank,    3490 Piedmont Rd,    Atlanta, GA 30305-1743
10363068    +Lord & Taylor,    PO Box 8077,    Lorain, OH 44055-8077
10363069     Marshall Fields,    P.O.Box 59231,    Minneapolis, MN,    55459-0231
10363070     Sears,    P.O. Box 182149,    Columbus, OH 43218-2149
10363071    +Spiegel,    PO Box 9204,    Old Bethpage, NY 11804-9004
10363072     Wells Fargo Financial,    111 North Ave,    Glendale Heights, IL 60139-3746

The following entities were served by electronic transmission on Nov 16, 2005 and receipt of the transmission
was confirmed on:
10363056     EDI: TSYS2.COM Nov 15 2005 23:52:00     Bloomingdales,    9111 Duke Blvd,    Mason, OH 45040-8999
10363057    +EDI: CAPITALONE.COM Nov 15 2005 23:52:00     Capital 1 Bank,    11013 W. Broad,
              Glen Allen, VA 23060-5937
10363059    +EDI: COUNTRYWIDE.COM Nov 15 2005 23:52:00     Countrywide,    450 American St,
              Simi Valley, CA 93065-6285
10363064    +EDI: HFC.COM Nov 15 2005 23:52:00     Household Bank,    PO Box 98706,    Las Vegas, NV 89193-8706
10363065    +EDI: HFC.COM Nov 15 2005 23:52:00     Household Finance,    961 Weigel Ave,
              Elmhurst, IL 60126-1050
10363069     EDI: MAYSTORES.COM Nov 15 2005 23:52:00     Marshall Fields,    P.O.Box 59231,    Minneapolis, MN,
              55459-0231
10363070     EDI: SEARS.COM Nov 15 2005 23:52:00     Sears,    P.O. Box 182149,    Columbus, OH 43218-2149
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2005            Signature: *Joseph Speetjens*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dramey                 Page 1 of 2                  Date Rcvd: Jul 29, 2010
Case: 05-60647                 Form ID: pdf006              Total Noticed: 30


The following entities were noticed by first class mail on Jul 31, 2010.
db           +Monika J. Greczek,    16541 Tameling Drive,    Lockport, IL 60441-7423
aty          +Thomas W Lynch,    Thomas W Lynch & Associates PC,    9231 S Roberts Rd,
               Hickory Hills, IL 60457-3810
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10363055     +AMEX,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
10565048      American Express Travel Related Svcs Co Inc,    Corp Card,    c/o Becket and Lee LLP,
               P O Box 3001,    Malvern, PA 19355-0701
10363056      Bloomingdales,    9111 Duke Blvd,    Mason, OH 45040-8999
10363058     +Citi Cards,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
10736171     +Citibank (USA), NA,    Citibank (USA),N.A.,    POB 182149,    Columbus, OH 43218-2149
10363059     +Countrywide,    450 American St,    Simi Valley, CA 93065-6285
10363060     +Fidelity Bank,    PO Box 1007,    Wichita, KS 67201-1007
10363061     +First Properties LLC,    c/o Vincent A Lavieri,    53 W Jackson Blvd,    Suite 950,
               Chicago, IL 60604-3849
10363063      GMAC,   PO Box 217060,    Auburn Hills, MI 48321
10363066      HSBC,   PO Box 3608,    Oak Brook, IL 60522-3608
10363064    ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Household Bank,    PO Box 98706,    Las Vegas, NV 89193)
10363065     +Household Finance,    961 Weigel Ave,    Elmhurst, IL 60126-1050
10754229      Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
               Newark NJ 07193-5480
10363067    ++INFIBANK NA,    1620 DODGE ST SC 3106,    OMAHA NE 68197-0001
             (address filed with court: Infibank,    3490 Piedmont Rd,    Atlanta, GA 30305)
10363068   +++Lord & Taylor,    111 Boulder Industrial Dr,    Bridgeton, MO 63044-1241
10363069   +++Marshall Fields,    111 Boulder Industrial Dr,    Bridgeton, MO 63044-1241
10678250     +SMC c/o Carson Pirie Scott - HSBC Bank Nevada NA,    BOX 19249,    SUGARLAND TX 77496-9249
10363070      Sears,   P.O. Box 182149,    Columbus, OH  43218-2149
10785456     +Southeastern Asset Recovery Services,    5805 State Bridge Road Ste G-292,    Duluth, GA 30097-8220
10363072      Wells Fargo Financial,    111 North Ave,    Glendale Heights, IL 60139-3746
10706656      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Jul 29, 2010.
10363057     +E-mail/PDF: rmscedi@recoverycorp.com Jul 30 2010 01:35:10     Capital Recovery One,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
10683396     +E-mail/Text: bkr@cardworks.com                            Card Processing Center,    P O Box 23356,
               Pittsburgh, PA 15222-6356
10363062     +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2010 01:34:54     GEMB,    PO Bxo 981400,
               El Paso, TX 79998-1400
12390246      E-mail/PDF: rmscedi@recoverycorp.com Jul 30 2010 01:35:10
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10684143     +E-mail/PDF: rmscedi@recoverycorp.com Jul 30 2010 01:35:10
               Recovery Management Systems Corporation,    For GE Money Bank,    dba BANANA REPUBLIC,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10363071     +E-mail/Text: bkr@cardworks.com                            Spiegel,    PO Box 9204,
               Old Bethpage, NY 11804-9004
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12577906*    +Capital Recovery One,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1          User: dramey           Page 2 of 2            Date Rcvd: Jul 29, 2010
Case: 05-60647                Form ID: pdf006        Total Noticed: 30

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2010**                    **Signature:**        _Joseph Speetjens_