**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: GRECZEK, MONIKA J.                               Case No. 05-60647
                                                        Chapter  7
_____,
                Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $313,760.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $7,581.89 | Claims Discharged Without Payment: $15,357.07 |
| Total Expenses of Administration: $1,834.23 | |

3) Total gross receipts of $   9,416.12   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $9,416.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,834.23 | 1,834.23 | 1,834.23 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 22,938.96 | 22,938.96 | 7,581.89 |
| TOTAL DISBURSEMENTS | $0.00 | $24,773.19 | $24,773.19 | $9,416.12 |

4) This case was originally filed under Chapter 7 on October 15, 2005. The case was pending for 61 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2010          By: /s/BRADLEY J. WALLER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/2 INTEREST IN 2004 INCOME TAX REFUND | 1124-000 | 9,274.00 |
| Interest Income | 1270-000 | 142.12 |
| **TOTAL GROSS RECEIPTS** | | **$9,416.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,691.61 | 1,691.61 | 1,691.61 |
| BRADLEY J. WALLER | 2200-000 | N/A | 135.00 | 135.00 | 135.00 |
| Klein, Stoddard, Buck, Waller, & Lewis LLC | 2300-000 | N/A | 7.62 | 7.62 | 7.62 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,834.23 | 1,834.23 | 1,834.23 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Lord & Taylor | 7100-000 | N/A | 729.44 | 729.44 | 241.10 |
| 2 | Marshall Fields | 7100-000 | N/A | 740.17 | 740.17 | 244.64 |
| 3 | SMC c/o Carson Pirie Scott - HSBC Bank Nevada NA | 7100-000 | N/A | 1,134.38 | 1,134.38 | 374.94 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | | Amount | Amount | Paid |
|---|---|---|---|---|---|---|
| 4 | Card Processing Center | 7100-000 | N/A | 1,620.01 | 1,620.01 | 535.45 |
| 5 | Recovery Management Systems Corp - Banana Republic | 7100-000 | N/A | 817.08 | 817.08 | 270.07 |
| 6 | eCAST Settlement Corporation assignee - HSBC | 7100-000 | N/A | 494.10 | 494.10 | 163.31 |
| 7 | American Express Travel Related Svcs Co Inc | 7100-000 | N/A | 579.05 | 579.05 | 191.39 |
| 8 | Citibank (USA), NA | 7100-000 | N/A | 489.67 | 489.67 | 161.85 |
| 9 | Household Finance Corporation | 7100-000 | N/A | 3,705.02 | 3,705.02 | 1,224.60 |
| 10 | Southeastern Asset Recovery Services | 7100-000 | N/A | 12,630.04 | 12,630.04 | 4,174.54 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 22,938.96 | 22,938.96 | 7,581.89 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05-60647
**Case Name:** GRECZEK, MONIKA J.

**Period Ending:** 11/09/10

**Trustee:** (330500)   BRADLEY J. WALLER
**Filed (f) or Converted (c):** 10/15/05 (f)
**§341(a) Meeting Date:** 03/09/06
**Claims Bar Date:** 06/19/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | INVESTMENT PROPERTY-59 KOLMAR, CHICAGO | 207,000.00 | Unknown | | 0.00 | Unknown |
| 2 | RESIDENCE-215 N ABERDEEN, CHICAGO | 311,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | CASH ON HAND | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | CHECKING ACCOUNT | 10.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | LIFE INSURANCE POLICY CASH VALUE | 900.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1/2 INTEREST IN 2004 INCOME TAX REFUND | 9,500.00 | 9,274.00 | | 9,274.00 | FA |
| 9 | PI CLAIM | 7,500.00 | Unknown | | 0.00 | Unknown |
| 10 | OTHER PERSONAL PROPERTY-EXTASY HAIR STUDIO | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 142.12 | FA |
| 11 | Assets   Totals (Excluding unknown values) | $537,760.00 | $9,274.00 | | $9,416.12 | $0.00 |

**Major Activities Affecting Case Closing:**

Pending PI Case

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008      **Current Projected Date Of Final Report (TFR):**   July 30, 2010 (Actual)

Printed: 11/09/2010 10:56 AM   V.12.54

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 05-60647  
Case Name: GRECZEK, MONIKA J.  

Taxpayer ID #: **-***9140  
Period Ending: 11/09/10  

Trustee: BRADLEY J. WALLER (330500)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****02-65 - Money Market Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/06 | {8} | Harris Bank-Official Check | Debtor's 1/2 interest in her 2005 joint income tax refund. | 1124-000 | 9,274.00 | | 9,274.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.71 | | 9,274.71 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.87 | | 9,280.58 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.31 | | 9,286.89 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.11 | | 9,293.00 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.32 | | 9,299.32 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.32 | | 9,305.64 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.91 | | 9,311.55 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.52 | | 9,318.07 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.12 | | 9,324.19 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.92 | | 9,330.11 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.22 | | 9,336.33 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.65 | | 9,340.98 |
| 03/01/07 | 1001 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-60647 | 2300-000 | | 7.62 | 9,333.36 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.98 | | 9,338.34 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.15 | | 9,343.49 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.15 | | 9,348.64 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.82 | | 9,353.46 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.32 | | 9,358.78 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.16 | | 9,363.94 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.66 | | 9,368.60 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.50 | | 9,374.10 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.87 | | 9,378.97 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.77 | | 9,383.74 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.29 | | 9,388.03 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.92 | | 9,389.95 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.74 | | 9,391.69 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.31 | | 9,393.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.17 | | 9,394.17 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.19 | | 9,395.36 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.19 | | 9,396.55 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.11 | | 9,397.66 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.23 | | 9,398.89 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.02 | | 9,399.91 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.73 | | 9,400.64 |
| | | | Subtotals : | | $9,408.26 | $7.62 | |

{} Asset reference(s)

Printed: 11/09/2010 10:56 AM    V.12.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-60647 | | Trustee: | BRADLEY J. WALLER (330500) |
| Case Name: | GRECZEK, MONIKA J. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****02-65 - Money Market Account |
| Taxpayer ID #: | **-***9140 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 9,401.30 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,401.68 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,402.03 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,402.43 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,402.81 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,403.18 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,403.58 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,403.97 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,404.36 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,404.74 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,405.12 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,405.51 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,405.90 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,406.27 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,406.62 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 9,407.04 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 9,407.10 |
| 04/06/10 | | Wire out to BNYM account 9200******0265 | Wire out to BNYM account 9200******0265 | 9999-000 | -9,407.10 | | 0.00 |
| | | | ACCOUNT TOTALS | | 7.62 | 7.62 | $0.00 |
| | | | Less: Bank Transfers | | -9,407.10 | 0.00 | |
| | | | Subtotal | | 9,414.72 | 7.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $9,414.72 | $7.62 | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-60647 | | Trustee: | BRADLEY J. WALLER (330500) |
| --- | --- | --- | --- | --- |
| Case Name: | GRECZEK, MONIKA J. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******02-65 - Money Market Account |
| Taxpayer ID #: | **-***9140 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0265 | Wire in from JPMorgan Chase Bank, N.A. account ********0265 | 9999-000 | 9,407.10 | | 9,407.10 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.45 | | 9,407.55 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.56 | | 9,408.11 |
| 06/23/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.39 | | 9,408.50 |
| 06/23/10 | | To Account #9200******0266 | | 9999-000 | | 9,408.50 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,408.50 | 9,408.50 | $0.00 |
| | | | Less: Bank Transfers | | 9,407.10 | 9,408.50 | |
| | | | **Subtotal** | | 1.40 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.40** | **$0.00** | |

{} Asset reference(s)

Printed: 11/09/2010 10:56 AM    V.12.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-60647 | | Trustee: | BRADLEY J. WALLER (330500) |
| --- | --- | --- | --- | --- |
| Case Name: | GRECZEK, MONIKA J. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******02-66 - Checking Account |
| Taxpayer ID #: | **-***9140 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/23/10 | | From Account #9200******0265 | | 9999-000 | 9,408.50 | | 9,408.50 |
| 08/20/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,691.61, Trustee Compensation; Reference: | 2100-000 | | 1,691.61 | 7,716.89 |
| 08/20/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $135.00, Trustee Expenses; Reference: | 2200-000 | | 135.00 | 7,581.89 |
| 08/20/10 | 103 | Lord & Taylor | Dividend paid 33.05% on $729.44; Claim# 1; Filed: $729.44; Reference: 00000354124617 | 7100-000 | | 241.10 | 7,340.79 |
| 08/20/10 | 104 | Marshall Fields | Dividend paid 33.05% on $740.17; Claim# 2; Filed: $740.17; Reference: 0000037775214979 | 7100-000 | | 244.64 | 7,096.15 |
| 08/20/10 | 105 | SMC c/o Carson Pirie Scott - HSBC Bank Nevada NA | Dividend paid 33.05% on $1,134.38; Claim# 3; Filed: $1,134.38; Reference: 130-1103549171 | 7100-000 | | 374.94 | 6,721.21 |
| 08/20/10 | 106 | Card Processing Center | Dividend paid 33.05% on $1,620.01; Claim# 4; Filed: $1,620.01; Reference: 5770917310735639 | 7100-000 | | 535.45 | 6,185.76 |
| 08/20/10 | 107 | Recovery Management Systems Corp - Banana Republic | Dividend paid 33.05% on $817.08; Claim# 5; Filed: $817.08; Reference: CG5690RMS023616 | 7100-000 | | 270.07 | 5,915.69 |
| 08/20/10 | 108 | eCAST Settlement Corporation assignee - HSBC | Dividend paid 33.05% on $494.10; Claim# 6; Filed: $494.10; Reference: ************4722 | 7100-000 | | 163.31 | 5,752.38 |
| 08/20/10 | 109 | American Express Travel Related Svcs Co Inc | Dividend paid 33.05% on $579.05; Claim# 7; Filed: $579.05; Reference: ************2009 | 7100-000 | | 191.39 | 5,560.99 |
| 08/20/10 | 110 | Citibank (USA), NA | Dividend paid 33.05% on $489.67; Claim# 8; Filed: $489.67; Reference: 5121075030017623 | 7100-000 | | 161.85 | 5,399.14 |
| 08/20/10 | 111 | Household Finance Corporation | Dividend paid 33.05% on $3,705.02; Claim# 9; Filed: $3,705.02; Reference: ************1434 | 7100-000 | | 1,224.60 | 4,174.54 |
| 08/20/10 | 112 | Southeastern Asset Recovery Services | Dividend paid 33.05% on $12,630.04; Claim# 10; Filed: $12,630.04; Reference: 9706 | 7100-000 | | 4,174.54 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| | ACCOUNT TOTALS | | 9,408.50 | 9,408.50 | $0.00 |
| | Less: Bank Transfers | | 9,408.50 | 0.00 | |
| | **Subtotal** | | 0.00 | 9,408.50 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$0.00** | **$9,408.50** | |

{} Asset reference(s)

Printed: 11/09/2010 10:56 AM    V.12.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 05-60647 | | Trustee: | BRADLEY J. WALLER (330500) |
| Case Name: | GRECZEK, MONIKA J. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******02-66 - Checking Account |
| Taxpayer ID #: | **-***9140 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****02-65 | 9,414.72 | 7.62 | 0.00 |
| MMA # 9200-******02-65 | 1.40 | 0.00 | 0.00 |
| Checking # 9200-******02-66 | 0.00 | 9,408.50 | 0.00 |
| | $9,416.12 | $9,416.12 | $0.00 |